UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-21580-CIV-GOLD-MCALILEY

TANEIKE Y. CAMPBELL,

    Plaintiff,

v.

NATIONAL ASSET RECOVERY
SERVICES, INC.,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE; CLOSING CASE

THIS CAUSE is before the Court upon the Parties' Joint Stipulation for Joint Dismissal with Prejudice [DE 7]. Having been advised that all claims and causes of action between or among the parties have been amicably resolved, it is hereby

ORDERED AND ADJUDGED that:

1. All claims in the above-captioned case are DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees except as otherwise agreed.

2. All pending motions are DENIED AS MOOT and all upcoming hearings are CANCELLED.

3. This case is CLOSED.

DONE AND ORDERED at Chambers in Miami, Florida this 9th day of December, 2009.

                                              HONORABLE ALAN S. GOLD
                                              U.S. DISTRICT JUDGE

cc:    Counsel of record
        Magistrate Judge McAliley